IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

Michael P. Mallaney,                                    )

      Plaintiff,                                        )          Case:  4:10-cv-00345-HDV-CFB

Vs.                                                                 )

Tri-State Adjustments, Inc.,                           )

      Defendant                                     )

---

**JOINT STIPULATION
FOR DISMISSAL WITH PREJUDICE**

---

    Come Now Plaintiff, Michael P. Mallaney, and Defendant, Tri-State Adjustments, Inc., by and through counsel of record, and hereby stipulate to the Court that this matter should be dismissed with prejudice.

    Plaintiff receipts out for any and all court costs previously prepaid herein.

**ROSENBERG & MORSE**
**1010 Insurance Exchange Building**
505 Fifth Avenue
Des Moines, Iowa  50309
Telephone: (515) 243-7600
Fax: (515) 243-0583
morse@rosenbergmorse.com

**MARKS LAW FIRM, PC**
**4225 University Avenue**
Des Moines, Iowa
Telephone (515) 276-7211
Fax: (515) 276-6280
sam@markslawdm.com
Ashley@markslawdm.com

By: _____
        **David A. Morse**

_____
**Samuel Z. Marks**

_____
**L. Ashley Zubal**